**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | SA CV10-01438 JAK (RZx) |
| Title | Lee Vang v. Experian Information Solutions, Inc. |
| Date | November 9, 2011 |

| | |
|---|---|
| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On November 1, 2011, plaintiff filed "Notice of Settlement" [30].  The Court sets an Order to Show Cause re Dismissal for January 9, 2012 at 1:30 p.m.  If the parties file a dismissal by January 5, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The November 28, 2011 Post-Mediation Status Conference, March 26, 2012 Final Pretrial Conference, April 26, 2012 Status Conference re Exhibits, and April 10, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  |  : |  |
|---|---|---|
|  | Initials of Preparer | ak |